1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
FILED

JAN 11 2012

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                       Plaintiff,

          v.

JAIME ISMAEL LOZANO-SARABIA,

                    Defendant.

Criminal Case No. 11CR3528-AJB

**ORDER AND JUDGMENT GRANTING
THE MOTION TO DISMISS THE
INDICTMENT WITHOUT PREJUDICE**

Upon motion of the United States and good cause appearing thereof,

IT IS HEREBY ORDERED that the United States' Motion to Dismiss the Indictment be GRANTED.  The Indictment is dismissed without prejudice.

DATED: January _10_, 2012.

_____
HONORABLE ANTHONY J. BATTAGLIA
United States District Judge.